IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KEITH D. BREWER                                                              PLAINTIFF

5:09CV00336JMM/HLJ

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                       DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 11th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE